## Homer HILL v. STATE.
### No. 13627.

Court of Criminal Appeals of Texas.

May 28, 1930.

Rehearing Denied June 18, 1930.

A. C. Chrisman, of Cleburne, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

**MORROW, P. J.**

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty, confinement in the penitentiary for one year.

The indictment is regular and regularly presented. No statement of facts accompanies the record; nor are there any complaints of the rulings of the trial court presented by bills of exceptions or otherwise.

The judgment is affirmed.